UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

2016 JUN 29 PM 3:50

UNITED STATES OF AMERICA,

Plaintiff,

ex rel. REBECCA SAIFF,

Relator,

v.

LINCARE, INC.,

Defendant.

_____/

No. 8:14-cv-979-T-35AEP

EX PARTE
UNDER SEAL
[PURSUANT to 31 U.S.C. § 3730(b)(2)]

# THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

        Respectfully submitted,

        **BENJAMIN C. MIZER**
        Assistant Attorney General

        **A. LEE BENTLEY, III**
        United States Attorney

Dated: June 28, 2016

        */s/ Charles P. Harden*
        **CHARLES T. HARDEN III**
        Assistant United States Attorney
        Florida Bar No. 97934
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Tel: (813) 274-6096
        Fax: (813) 274-6200
        Email: Charles.Harden@usdoj.gov

*/s/ Charles T. Harden*
MICHAEL D. GRANSTON
SARA MCLEAN
DAVID B. WISEMAN
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-0132
Fax: (202) 387-3852
Email: David.Wiseman@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Notice* was served on the following by U.S. Mail and/or by e-mail transmission.

| Kevin J. Darken | Roland W. Riggs |
| kdarken@tampalawfirm.com | rriggs@milberg.com |
| The Cohen Law Group | MILBERG, LLP |
| 201 B. Kennedy Blvd., Suite 1950 | One Pennsylvania Plaza |
| Tampa, Florida 33602 | New York, NY 10119-0165 |
| Counsel for Relator | Counsel for Relator |

By: */s/ Charles T. Harden*
CHARLES T. HARDEN III
Assistant United States Attorney