FILED
2015 JUL -1 PM 2:39

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**
ex rel. **REBECCA SAIFF**,

    **Plaintiff/Relator**,

v.                                    Case No. 8:14-cv-979-T-35AEP

**LINCARE, INC.**,                     *EX PARTE*

    **Defendant**.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of The Government's Notice of Election to Decline to Intervene whereby the United States has provided notice to the Court of its decision to decline to intervene in this action. (S-12) Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby **ORDERED** that:

1. The **Seal** in this case is **LIFTED** as to the following documents:

    a. Complaint commencing this action;

    b. The United States' Notice of Election to Decline Intervention;

    c. This Order; and

    d. **ALL PROSPECTIVE DOCUMENTS** filed in this case.

2. The Clerk is **DIRECTED** that all other contents of the Court's file in this action filed prior to this Order, except for filings specifically enumerated in this Order, **SHALL REMAIN UNDER SEAL** and not be made public or served upon Defendant.

1

3. The Relator shall serve upon Defendant this Order and The Government's Notice of Election to Decline Intervention only after service of process concerning the Complaint has been effected on Defendant.

4. Any party who files or otherwise serves a pleading, motion, notice, or other paper in this action shall also serve a copy of such document upon counsel for the United States, as provided for in 31 U.S.C. § 3730(c)(3). As also provided therein, the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. See id.

5. A copy of all orders, Notices, and other papers entered in this case by the Court shall be sent to counsel for the United States.

6. Before proposing that this action be dismissed, settled, or otherwise discontinued, Relator or Defendant shall first solicit the written consent of the United States.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of July, 2016.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
**PLAINTIFF/RELATOR'S COUNSEL**
**UNITED STATES' COUNSEL**

2