**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA ex rel.
REBECCA SAIFF,**

        **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　Case No. 8:14-cv-979-T-35AEP

**LINCARE, INC.**

        **Defendant.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

____　IS　　　related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_X_　IS NOT　 related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: July 27, 2016

                                      Respectfully submitted,

                                      */s/ Kevin J. Darken*
                                      KEVIN J. DARKEN
                                      Florida Bar No. 0090956
                                      kdarken@tampalawfirm.com
                                      THE BARRY COHEN LEGAL TEAM
                                      201 East Kennedy Boulevard, Ste 1950
                                      Tampa, Florida 33602

Telephone: (813) 225-1655
Facsimile:  (813) 225-1921
Attorney for *Qui Tam* Relator

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing document was filed electronically on July 27, 2016 through the CM/ECF system, which will send notice to all counsel of record.

                              *s/ Kevin J. Darken*
                              KEVIN J. DARKEN