**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA ex rel.
REBECCA SAIFF,**

        **Plaintiff,**

v.                                               **Case No. 8:14-cv-979-T-35AEP**

**LINCARE, INC.**

        **Defendant.**

_____

## RELATOR'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Relator Rebecca Saiff ("Relator"), by her attorneys, respectfully moves to voluntarily dismiss her claims without prejudice against the Defendant in the above-captioned action. Counsel for Relator has consulted with counsel for the United States, and is informed that the United States does not oppose this motion, provided the dismissal is without prejudice to the United States.

DATED: October 18, 2016

                                              *s/ Kevin J. Darken*
                                              Kevin J. Darken
                                              Fla. Bar No. 90956
                                              **The Barry A. Cohen Legal Team**
                                              Fifth Third Center
                                              201 East Kennedy Blvd.
                                              Suite 1950
                                              Tampa, FL 33602

Roland W. Riggs
Birt Reynolds (FL Bar # 10029)
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY  10119-0165
(212) 594-5300
rriggs@milberg.com
breynolds@milberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Kevin J. Darken*
Kevin J. Darken