# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

       Plaintiff,

ex rel. **REBECCA SAIFF**,

       Relator,          No. 8:14-cv-979-T-35AEP

v.

**LINCARE, INC.**,

       Defendant.

_____/

## GOVERNMENT'S NOTICE OF CONSENT TO
## RELATORS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On October 18, 2016, Relators filed their *Unopposed Motion for Voluntary Dismissal without Prejudice* (Dkt. 18).  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that it consents to dismissal of this case, so long as said dismissal is without prejudice as to the United States, as was provided in the Court's Order of October 19, 2016.

Dated: November 2, 2016        Respectfully submitted,

                                    **A. LEE BENTLEY, III**
                                    United States Attorney

                                    */s Charles T. Harden III*
                                    **CHARLES T. HARDEN III**
                                    Assistant United States Attorney
                                    Florida Bar No. 97034
                                    400 North Tampa Street, Suite 3200

                    Tampa, Florida 33602
                    Tel: (813) 274-6000
                    Fax: (813) 274-6200
                    Email: charles.harden@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2016, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Kevin J. Darken
Kdarken@tampalawfirm.com
The Barry A. Cohen Legal Team
Fifth Third Center
201 East Kennedy Blvd., Suite 1950
Tampa, FL 33602
*Counsel for the Relators*

                    */s Charles T. Harden III*
                    **CHARLES T. HARDEN III**
                    Assistant United States Attorney